IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GO COMPUTER, INC. | No. C 05-02661 MMC |
| Plaintiff, | **ORDER OF RECUSAL** |
| v. | |
| MICROSOFT CORPORATION, | |
| Defendant. | |

I, the undersigned Judge of the Court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of the Assignment Plan.

All pending dates of motions, pretrial conferences and trial are hereby vacated and are to be reset by the newly assigned Judge.

**IT IS SO ORDERED.**

Dated: August 2, 2005

MAXINE M. CHESNEY
United States District Judge