IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GO COMPUTER, INC., *et al.*

    Plaintiff,

v.

MICROSOFT CORPORATION,

    Defendant.

No. C 05-02661 JSW

**ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

This matter comes before the Court upon consideration of Microsoft Corporation's administrative motion to determine whether this action should be related to *Go Computer, Inc., et al., v. Microsoft Corp.*, 05-3356 SI, filed on September 8, 2005. Plaintiffs have not filed an opposition to the administrative motion within the time period required by Northern District Civil Local Rule 7-11 and the matter is deemed submitted.

Having considered the motion, the lack of opposition thereto, and the record in this case, the Court GRANTS the motion and finds that this action is related to *Go Computer, Inc., et al. v. Microsoft Corp.*, 05-3356 SI.

**IT IS SO ORDERED.**

Dated: September 19, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE